**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Yolanda M Rosales,**<br><br>    Plaintiff,<br><br>v.<br><br>**Cavalry Investments, LLC; and Casebolt, Germaine & Schenk, PLC;**<br><br>    Defendants. | No. CV 08-1353-PHX-NVW<br><br>**ORDER** |

Plaintiff and Defendant Cavalry Investments, LLC having stipulated to dismissal of this action as to Cavalry Investments, LLC only, with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action as to Defendant Cavalry Investments, LLC only, with prejudice, each party to bear its own attorney's fees and costs.

DATED this 8th day of October, 2008.

_____
Neil V. Wake
United States District Judge